UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24283-RKA

KAREN JACKSON

    *Plaintiff,*

v.

SANOFI U.S. SERVICES INC., ET AL

    *Defendants.*

___

### PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Plaintiff Kelly Jackson by and through undersigned counsel and pursuant to Southern District of Florida Local Rule 11.1(d)(3), hereby moves this Court for leave to withdraw attorneys Margarita Michaels and Pierce Jones.[1] Plaintiff will continue to be represented by Russell W. Lewis IV of the Johnson Law Group as counsel of record and lead counsel for Plaintiff. The relief sought herein will not prejudice any party or affect any deadlines. Plaintiff has been given notice of the relief sought herein and consents to said relief. The Parties have conferred regarding the relief requested herein and Defendants' counsel has no opposition to this Motion. A proposed order is attached as **Exhibit A**.

---

[1] Ms. Michaels left Johnson Law Group in June 2021 and was inadvertently left as counsel of record on this matter after her departure from the firm. We reached out to Ms. Michaels via email on November 27, 2023 to obtain her consent to the filing of this Motion. Ms. Michaels indicated that she agrees and has signed off on same.

1

WHEREFORE, Plaintiff respectfully requests that this Court issue an Order granting its Motion to Withdraw Margarita Michaels and Pierce Jones and to substitute Russell W. Lewis IV of law firm Johnson Law Group as counsel of record and lead counsel for Plaintiff.

Date: 11/29/2023                                       Respectfully submitted,

/s/ *Russell W. Lewis IV*
Russell W. Lewis IV
Johnson Law Group
2925 Richmond Ave. #1700
Houston, TX 77098
T: (713) 626-9336
F: (713) 583-9460
RLewis@johnsonlawgroup.com
*Attorney for Plaintiff*

/s/ *Pierce Jones*
Pierce Jones
Johnson Law Group
2925 Richmond Ave. #1700
Houston, TX 77098
T: (713) 626-9336
F: (713) 583-9460
Pjones@johnsonlawgroup.com
*Attorney for Plaintiff*

/s/ *Margarita Michaels*
Florida Bar No. 1050747
T: (713)-351-6235
F: (713)-629-5027
mdownes@brownsims.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date below I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:   11/29/2023

                                                /s/ *Russell W. Lewis IV*
                                                Russell W. Lewis IV

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24283-RKA

**KAREN JACKSON**

    *Plaintiff,*

v.

**SANOFI U.S. SERVICES INC., ET AL**

    *Defendants.*

_____

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**

Before the Court is Plaintiff's Motion to Withdraw and Substitute Counsel. Margarita Michaels and Pierce Jones move to withdraw as counsel of record and substitute Russell W. Lewis IV. For good cause shown, the instant Motion is GRANTED.

IT IS SO ORDERED

                                                                _____

                                                                District Judge Roy K. Altman