UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KAREN JACKSON, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>SANOFI US SERVICES, INC., et. al., )<br>)<br>      Defendants. )<br>) | Case No. 1:23-CV-24283-Altman |

## DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI US SERVICES, INC'S. NOTICE OF STRIKING NOTICE OF MEDIATOR SELECTION

Defendants sanofi-aventis U.S. LLC. and Sanofi US Services, Inc., f/k/a Sanofi-Aventis U.S. Inc., through undersigned counsel, hereby strike their Notice of Mediator Selection [ECF No. 23] due to a filing error.

Date: December 21, 2023

Respectfully submitted,

**SHOOK, HARDY & BACON LLP**

s/ *Katherine G. Mastrucci (Florida Bar No. 105367)*
E-Mail: kmastrucci@shb.com
Jennifer A. McLoone (Florida Bar No. 029234)
E-Mail: jmcloone@shb.com
Citigroup Center, Suite 3200
201 South Biscayne Blvd.
Miami, Florida 33131
T: (305) 358-5171

-and-

Connor J. Sears (Florida Bar No. 91223)
E:Mail: csears@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
T: (816) 474-6550

*Attorneys for Sanofi-Aventis U.S. LLC and Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc.*